O

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | |
| 12               Plaintiff, | ) ) | SA 08-574M |
| 13     v. | ) ) | ORDER OF DETENTION AFTER HEARING |
| 14 ADRIAN ORTEGA SALGADO, | ) ) | (18 U.S.C. § 3142(i)) |
| 15               Defendant. | ) ) ) | |

17                                         I.

18    A.  ( ) On motion of the Government involving an alleged

19        1. ( ) crime of violence;

20        2. ( ) offense with maximum sentence of life imprisonment or death;

21        3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

22               (21 U.S.C. §§  801,/951, et. seq.,/955a);

23        4. ( ) felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25        1. ( X )    serious risk defendant will flee;

26        2. ( )  serious risk defendant will

27            a. ( )  obstruct or attempt to obstruct justice;

28            b. ( )  threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )   appearance of defendant as required; and/or

B. ( ) safety of any person or the community;

III.

The Court has considered:

A. ( x ) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

**Defendant is undocumented. He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

   1. ( )   obstruct or attempt to obstruct justice;

   2. ( )   threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///

///

///

///

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: October 9, 2008

9     Marc L. Goldman
    U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)      - 3 -      Page 3 of 3